## Commonwealth *v.* Hester, Appellant.

Submitted March 17, 1975. *Joseph N. Bongiovanni, III*, and *Speese, Kephart & Bongiovanni*, for appellant; *Howell K. Rosenberg*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hillegas, Appellant.

Submitted December 16, 1975. *W. Hamlin Neely*, for appellant; *Henry S. Kenderdine, Jr.*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.